# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| BIRCH HILL REAL ESTATE, LLC, *et al.*, | Case No. 2:19-cv-00426 |
| Plaintiffs, | |
| V. | |
| KEVIN BRESLIN, *et al.*, | |
| Defendants. | |

## DEFENDANTS, MIDCAP FINANCIAL SERVICES, LLC AND MIDCAP FUNDING VII TRUST, MOTION FOR LEAVE TO FILE SUR-REPLY TO PLAINTIFFS' MOTION TO REMAND

Defendants, MidCap Financial Services, LLC and MidCap Funding VII Trust (together, "MidCap"), by and through its undersigned counsel, hereby move the Court for leave pursuant to Civil L. R. 7(i) to file the attached **Sur-Reply Brief of Defendants, MidCap Financial Services, LLC And MidCap Funding VII Trust, In Further Opposition To Plaintiffs' Motion To Remand**. Plaintiffs have submitted new arguments and filed two additional Affidavits of Mailing (ECF Nos. 49-1 and 49-2) to their Reply Brief in Further Support to Motion to Remand (ECF No. 49) that were not included by Plaintiffs in their original Memorandum in Support of Motion to Remand (ECF No. 37). Accordingly, MidCap seeks to address Plaintiffs' new arguments in their Reply Brief.

Dated this 30thth day of May, 2019.

> By: s/ Chad R. Levanetz
> **Chad R. Levanetz**
> State Bar No. 1044962
> RUDER WARE
> 222 Cherry Street
> Green Bay, WI 54301
> Telephone: 920.435.9393
> Fax: 920.435.8866
> Email: clevanetz@ruderware.com
> -and-
> **Steven M. Anderson**
> State Bar No. 1012498
> RUDER WARE
> 402 Graham Avenue
> P.O. Box 187
> Eau Claire, WI 54702-0187
> Telephone: 715.834.3425
> Fax: 715.834.9240
> E-mail: sanderson@ruderware.com
> -and-
> **Jeffrey A. Lutsky**
> PA State Bar No. 36673
> E-mail: jlutsky@stradley.com
> Telephone: 215.564.8523
> **Gretchen M. Santamour**
> PA State Bar No. 41720
> E-mail: gsantamour@stradley.com
> Telephone: 215.564.8087
> STRADLEY RONON STEVENS & YOUNG
> 2005 Market Street, Suite 2600
> Philadelphia, PA 19103-7018
> Fax: 215.564.8120
> *Attorneys for Defendants, MidCap Financial Services, LLC and MidCap Funding VII Trust*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed through the CM/ECF system on May 30, 2019, and a copy will be served electronically on all registered recipients and counsel of record as identified on the Notice of Electronic Filing.

                                          s/ Chad R. Levanetz
                                          Chad R. Levanetz
                                          State Bar No. 1044962